IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06 - CV - 00757**-BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

APR 20 2006

GREGORY C. LANGHAM
CLERK

MIGUEL LESPERANCE,

    Plaintiff,

v.

JUDGE MARCUCCI,
MAYOR JOHN HICKENLOOPER,
MATHEW McCONVILLE, Clerk Denver Court,
D/S BERTTE, #01085,
DENVER P.D., OFFICER HANDY, #99064,
OFFIER [sic] JEFFERS, #99061,
OFFICER TRJUILLO [sic], #00042,
EXTREME TOWING/OWNER,
(JOHN DOE & JANE DOE -1-5),
SGT. CIEMPA, #96001,
COLORADO STATE DISTRICT ATTORNEYS OFFICE, MITCH MORISSEY [sic],
DEPUTY TRJUILLO [sic], City Jail,
LISA VARGAS / Legal Assistant,
DAVID TABILLO, ATF, #3677,
JAMES DEIR, #3545,
LESTER MARTZ, #582,
DOUGLAS R. RANDOLPH, Probation,
KURT THOENE, Probation,
WILLIAM LEONE, United States Attorney,
JUDITH A. SMITH, Assistant U.S. Attorney,
KAREN DEFIELD / Supervisor,
SUSAN FISH / Public Defenders Office,
DENVER COUNTY JAIL,
MAJOR WILSON,
CAPTAIN BLAIR,
CAPTAIN SCOTT,
UNDER SHERIFF LOUINGEN,
DEPUTY BRAUNSFAULK, Property,
DEPUTY MAUVIN [sic], Mail Room,
DR. CRUM,
DR. HIRSH,

COMPLETE MEDICAL STAFF 1-100,
P/S LOPEZ, Law Library,
DEPUTY R. LINE,
DEPTY GALLO,
SGT. RODRIQUEZ [sic], Classification Dept, and
JOHN DOE & JANE DOE 1-100,

      Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915. The court has determined that the document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint, Petition or Application:**
(10) _X_ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner

(13) ___  is missing page nos. ___
(14) ___  uses et al. instead of listing all parties in caption
(15) ___  An original and a copy have not been received by the court. Only an original has been received.
(16) ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___  names in caption do not match names in text
(18) ___  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __18th__ day of __April__, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-CV-00757-BNB

Miguel Lesperance
Prisoner No.
Denver County Jail
P.O. Box 1108
Denver, CO 80201

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 4-20-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk